# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JASON BALKUM**

    vs.              **CASE NUMBER: 6:06-CV-1467 (NPM)**

**DONALD SAWYER; SHAREN BARBOSA and NIKHILI NIHALANI**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' Motion for Summary Judgment is Granted, Judgment is hereby entered in favor of the defendants and this case is closed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 21 day of October, 2011.

DATED: October 24, 2011

*Lawrence K. Baerman*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk